UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIGGING DIRT SITE WORKS, LLC | § | CHAPTER 11 – SUBCHAPTER V |
| | § | CASE NO. 25-10976-SDB |
| Debtor | § | |

**MOTION TO DISMISS, OR IN THE ALTERNATIVE,
TO CONVERT TO CHATER 7**

Guy A. Van Baalen, Acting United States Trustee for Region 21 (the "U.S. Trustee"), through the undersigned counsel, hereby respectfully moves the Court for the entry of an order dismissing this case pursuant to 11 U.S.C. § 1112(b), or in the alternative, an order converting the case Chapter 7. In support of the motion, the U.S. Trustee states as follows:

1. The U.S. Trustee files this motion in furtherance of the duties and responsibilities imposed by 28 U.S.C. § 586 and 11 U.S.C. § 307.

2. The Court has jurisdiction over these proceedings pursuant to 28 U.S.C. §§ 157 and 1334.

3. Digging Dirt Site Works, LLC ("Debtor") filed this Chapter 11 Subchapter V bankruptcy case on December 19, 2025.

4. The section 341 meeting of creditors was held and concluded on January 16, 2026.

5. As described in the 341 Meeting Summary (Docket No. 20), the U.S. Trustee requested the following items by January 30, 2026:

- Debtor shall submit the following information to the U.S. Trustee: (1) a signed U.S. Trustee Financial Requirements Checklist with attachments; (2) 2024 income tax return; (3) proof of insurance coverage on the vehicles; (4) bank statements for December 2024 through August 2025; (5) bank statements for December 2025; (6) an accounts receivable aging schedule; (7) the depreciation schedules for the 2023 income tax return; and (8) explanations for the bank transactions highlighted by the U.S. Trustee on the spreadsheet provided to the debtor.

- Debtor shall amend its responses to questions #4 and #30 of the Statement of Financial Affairs to provide a detailed list of all transfers to or for the benefit of insiders and a disclosure of any other value that the debtor provided to insiders, including salary, other compensation, draws, bonuses, loans, credits on loans, payments for the insider's personal expenses, etc.

- Debtor shall amend Schedule A/B to provide a more detailed disclosure of its accounts receivable and to disclose any debts it is owed from its sole member.

- Debtor shall amend Schedule D and/or Schedule E/F as necessary to disclose any secured and unsecured debts associated with the UCC-1 filings by the SBA, Acme, and CT Corp. Debtor will also amend these Schedules to disclose any amounts that the debtor LLC owes to its sole member.

6. With respect to the first bullet point, Debtor has failed to provide the following items:

   o a signed U.S. Trustee Financial Requirements Checklist with attachments

   o 2024 income tax return [*which was due 9-15-25*]

   o proof of insurance coverage on the 2021 Ford F-450

   o explanations for the bank transactions highlighted by the U.S. Trustee

7. Debtor has failed to file any amendments to the schedules.

8. Debtor has not filed the Monthly Operating Report for December 2025.

9. The Monthly Operating Report for January 2026 is due February 21, 2026.

10. Section 1112(b) of 11 U.S.C. states in relevant part:

[O]n request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

(4) For purposes of this subsection, the term "cause" includes –

   (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; …

   (H) failure timely to provide information … reasonably requested by the United States trustee…;

11. The failure to provide the items requested by the U.S. Trustee, as listed in paragraph 6 above, constitutes cause for dismissal or conversion under §1112(b)(4)(H).

12. The failure to file Monthly Operating Reports constitutes cause for conversion or dismissal under §1112(b)(4)(F).  *See also* §1116(4)

WHEREFORE, the U.S. Trustee respectfully requests that the Court dismiss this Chapter 11 case, or in the alternative convert it to Chapter 7 and grant such other and further relief as may be deemed proper.

Date: February 19, 2026

GUY A. VAN BAALEN,
ACTING UNITED STATES TRUSTEE, REGION 21

By: */s/ Matthew E. Mills*
Matthew E. Mills
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401
(912) 652-4112
Georgia Bar No. 509718

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing **MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CONVERT TO CHAPTER 7** and the proposed order thereon have this day been served upon the following by mailing a copy of the same through the United States Mail bearing sufficient postage thereon.  In addition, electronic service will be received by those parties entitled to receive such service in this case through the electronic filing system of this Court.

Digging Dirt Site Works, LLC
806 Sentinel Lane
Appling, GA 30802

Daniel L Wilder
Emmett L. Goodman, Jr., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201

James C. Overstreet, Jr.
Klosinski Overstreet, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909

February 19, 2026

By: */s/ Matthew E. Mills*
Matthew E. Mills