**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **)** | |
| | **)** | Chapter 11 |
| **DIGGING DIRT SITE WORKS, LLC** | **)** | |
| | **)** | Case No.: 25-10976-SDB |
| **Debtor.** | **)** | |
| | **)** | |

### ORDER GRANTING MOTION TO APPROVE STIPULATION FOR USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION

Movant, Commercial Credit Group Inc., having moved to this Court to approve a stipulation giving Debtor authority to use certain collateral consisting of equipment used in Debtor's business ("Equipment Collateral"), as described in the Motion. (Dckt. No. _____)

AND, said motion having duly come on to be heard before this Court on the _____ day of _____, 2026 and the Court having heard Movant and Debtor in support of said Motion;

AND, it appearing that the relief requested in the Motion is in the best interest of all parties concerned.

IT IS HEREBY ORDERED, pursuant to 11 U.S.C. §§361 and 362, that Debtor is hereby granted authority to use the Equipment Collateral for the purpose of operating Debtor's business

pursuant to, and in accordance with, the provisions in the Stipulation for Use of Cash Collateral and for Adequate Protection (the "Stipulation") as attached to the motion. The stipulation being incorporated herein by reference.

**[END OF DOCUMENT]**

Prepared by:

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movant
nhuff@cwhllp.com
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995