# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Digging Dirt Site Works, LLC,**
　　Debtor.

Case No.:  25−10976−SDB

Judge:  Susan D. Barrett

Chapter:  11

### NOTICE OF HEARING ON MOTION AND NOTICE PURSUANT TO BANKRUPTCY RULE 4001(d)

***NOTICE IS HEREBY GIVEN THAT:***

1) A Hearing on Motion to Use Cash Collateral and for Adequate Protection filed March 9, 2026 by Commercial Credit Group, Inc. will be held on

*March 24, 2026, at 02:00 PM*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

2) Pursuant to Bankruptcy Rule 4001(d), the Court will consider approval or disapproval of any agreement entered into by the parties with respect to the above motion at the same time and place set forth above. Any party wishing to be notified of the terms of any such agreement or wishing to be heard on the question of its approval shall appear and be prepared to proceed.

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **March 10, 2026**

### *O R D E R*

The automatic stay under 11 U.S.C. Section 362 is hereby continued and shall remain in full force and effect pending the final ruling on the Motion.



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **March 10, 2026**

*GAS11−08 (Rev.03/22) CMT*