# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Digging Dirt Site Works, LLC,**
   Debtor.

Case No.:  25–10976–SDB

Judge:  Susan D. Barrett

Chapter:  11

### *ORDER REQUIRING SERVICE OF MOTION AND NOTICE OF HEARING*

To: *Nathan Edward Huff, Attorney for Commercial Credit Group, Inc.*

The attached Notice of Hearing on Motion and Notice Pursuant to Bankruptcy Rule 4001(d) has been issued in response to the motion which you filed, and

You are required to serve said notice with copy of the motion and proposed agreement/consent order, on the trustee or debtor/debtor in possession, debtor's attorney,
U. S. Trustee, any creditors committee appointed, and on those persons specified by the Bankruptcy Rules, or file a written motion for an earlier hearing *instanter*.

You are further required to return this form to the **Clerk**,

**U.S. Bankruptcy Court**
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

showing that such service has been made. Attorney filers should file this form electronically using the event Bankruptcy > Miscellaneous > Certificate of Service.

Dated: **March 10, 2026**



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

### *CERTIFICATE OF SERVICE AND WAIVER*

I hereby certify that on _____, I served a copy of the notice of hearing and motion in the captioned case on the following parties. (SHOW NAMES AND ADDRESSES BELOW)

By execution of this certificate and waiver I do hereby waive the provisions of 11 U.S.C. 362(e).

_____
Attorney for Movant

This _____ day of _____ , _____

*11–21 [Rev. 03/21]* **CMT**