UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA AUGUSTA
DIVISION

IN RE:                          **)**

                              **)**         Chapter 11

DIGGING DIRT SITE WORKS,     **)**

                              **)**         Case No.: 25-10976-SDB

        Debtor.               **)**

_____ **)**_____

Commercial Credit Group, Inc.,    **)**

                              **)**

         Movant,             **)**

                              **)**

                              **)**

V.                             **)**

Digging Dirt Site Works LLC,     **)**

        Debtor.              **)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day I have served the Motion (Docket No. 50),

Notice of Hearing on Motion, and Notice Pursuant to Bankruptcy Rule 4001(d) (Docket No. 51) in the

above-styled case as follows:

Digging Dirt Site Works, LLC
806 Sentinel Lane
Appling, GA 30802

Daniel L. Wilder, Esq.
544 Mulberry Street, Suite 800
Macon, GA 31201

James C. Overstreet, Jr., Esq.
1229 Augusta West Parkway
Augusta, GA 30909

Office of the US Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

And the creditors and parties in interest as set forth the in the matrix attached hereto as Exhibit "A" by first-class U.S. Mail.

This 10th day of March, 2026.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Commercial Credit Group Inc.
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

Exhibit "A"

Acme Company
64 Beaver Street Suite 344
New York, NY 10004

AmeriCredit Financial Services, Inc. dba
GM Finance
P O Box 183853
Arlington, TX 76096

Ascendium Machinery
16810 Kenton Drive
Suite 300
Huntersville, NC 28078

Ascendum Machinery, Inc.
c/o Rick Scercy
16810 Kenton Drive, Suite 300
Huntersville, NC 28078

Builders Mutual Insurance Company
e/o Theresa S. Dew
1033 Wade Avenue Suite 202
Raleigh, NC 27605

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Caterpillar Inc
560 Rehoboth Rd
Grifnn, GA 30224

Columbia County Tax Commissioners
630 Ronald Reagan Dr
Evans, GA 30809

Columbia County Tax Commissioners
PO Box 3030
Evans, GA 30809

Commercial Credit Group, Inc.
525 N Tyron St Suite 1000
Charlotte, NC 28202

Core and Main LP
126 Texas Avenue Bldg. 2
San Marcos, TX 78666

Could & Willis, LLC
3928 Montclair Road, Suite 227
Birmingham, AL 35213

Deere & Company
c/o Aubrey Thrasher LLC
1170 Peachtree Street NE Suite 1925
Atlanta, GA 30309

Derek Dent
806 Sentinel Lane
Appling, GA 30802

F & M Bank
PO Box 280
Washington, GA 30673

First Citizens Bank
PO Box 550599
Jacksonville, FL 32255-0599

Ford Motor Credit Corporation
PO Box 650574
Dallas, TX 75265-0574

Georgia Department of Revenue
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

GMC Financial
P.O. Box 650574
Dallas, TX 75265

Hunter Maclean
200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Kubota Credit Corporation, U.S.A.
PO Box 2046
Grapevine, TX 76099

Mantis Funding LLC
c/o Cory C. Close
Reed Leeper, P.C. 639 Whitlock Ave
Marietta, GA 30064

Pearl Delta Funding, LLC
c/o Burr & Forman LLP
1075 Peachtree St., NE
Atlanta, GA 30309

Select Funding, LLC
c/o Hays & Potter, LLP
3945 Holcomb Bridge Rd Suite 300
Peachtree Comers, GA 30092

Smyrna Ready Mix Concrete, LLC DBA
SRM Concrete
1000 Hollingshead Circle
Murfreesboro, TN 37129

Southeast Sand & Aggregate, LLC
9474 GA Hwy 57
Mc Intyre, GA 31054

SRM Concrete
1000 Hollingshead Cir
Murfreesboro, TN 37129

Stuart-Lippman and Associates, Inc.
5447 E 5th St. 110
Tucson, AZ 85711

Theresa S. Dew
Stuart Law Firm, PLLC
1033 Wade Ave., Suite 202
Raleigh, NC 27605-1155

Tractor & Equipment Company
c/o Kaplan Legal Services, LLC
6100 Lake Forrest Drive NW Suite 530
Atlanta, GA 30328

United Rentals
c/o Kevin Skaff
law Office of Mark A. Kirkorsky 1119 W.
Mesa, AZ 85210

United Rentals (North America), Inc.
c/o Mark A Kirkorsky PC
PO Box 25287
Tempe, AZ 85285

United States Attorney
P.O. Box 8970
Savannah GA 31412

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402

Yancey Bros, Co.
c/o Todd E. Hatcher
49 Atlanta Street
Marietta, GA 30060

Francesca Macchiavema
Hunter Maclean Exley & Dunn P.C.
200 E. Saint Julian Place
P O Box 9848
Savannah, GA 31412

Karl E. Osmus
Wolfson & Osmus, LLC
P.O. Box 200
Thomasville, Georgia 31792

Charles W. Wills
Wills Law Firm, LLC
318 Jackson Street
Thomson, Georgia 30824

Adams and Reese LLP
3455 Peachtree Rd, NE
Suite 1750
Atlanta, GA 30326

Caterpillar Financial Services Corporation
c/o Ron C. Bingham, II, Esq.
3455 Peachtree Rd NE
Suite 1750
Atlanta, GA 30326