UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                        §
                                              §                  Case No. 25-10976-SDB
DIGGING DIRT SITE WORKS, LLC,                 §
                                              §                  Chapter 11 – Subchapter V
                        Debtor.               §

## LIMITED OBJECTION TO STIPULATED CASH COLLATERAL ORDER

Guy A. Van Baalen, Acting United States Trustee for Region 21 (the "UST"), through the undersigned counsel, submits this limited objection to the cash collateral order proposed by the debtor and Commercial Credit Group, Inc. (CCG).

1.      On December 19, 2025, the debtor filed its chapter 11 petition electing to proceed Subchapter V.

2.      On March 9, 2026, CCG filed its motion to approve the stipulated cash collateral order agreed to by the debtor.

3.      Paragraph 3, subpart a., of the proposed order grants CCG post-petition replacement liens against all of the debtor's assets. However, such liens should not attach to avoidance actions arising under Chapter 5 the Bankruptcy Code.

4.      Accordingly, the UST proposes that the following provision be added to subpart a. of paragraph 3: "The post-petition replacement liens shall not attach to causes of action under Chapter 5 of the Bankruptcy Code."

WHEREFORE, the motion to approve the stipulated cash collateral order should be denied unless it is modified to conform to the UST's request.

Date: March 16, 2026                          Respectfully submitted,
                                              GUY A. VAN BAALEN, ACTING
                                              UNITED STATES TRUSTEE, REGION 21

                                              By: /s/ Joel Paschke
                                                   Attorney for the U.S. Trustee
                                                   IL Bar No. 6275662

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401
(912) 652-4112

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the within and foregoing **LIMITED OBJECTION TO STIPULATED CASH COLLATERAL ORDER** has been served upon the following parties by the methods indicated below. In addition, electronic service was received by those parties that are entitled to receive such service in this case through the electronic filing system of this Court.

<u>Via U.S. Mail</u>
Digging Dirt Site Works LLC
806 Sentinel Lane
Appling, GA 30802

<u>Via Email (through the Court's ECF System)</u>

| | |
|---|---|
| Daniel Wilder, Debtor's Counsel | James C. Overstreet, Jr., Subchapter V trustee |
| bkydept@goodmanlaw.org | jco@klosinski.com |

Date: March 16, 2026                           */s/* Joel Paschke

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401
(912) 652-4112