**IT IS ORDERED as set forth below:**



**Date: March 26, 2026**

_____
Susan D. Barrett
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | Chapter 11 |
| **DIGGING DIRT SITE WORKS, LLC** | ) | |
| | ) | Case No.: 25-10976-SDB |
| **Debtor.** | ) | |
| | ) | |

### ORDER GRANTING MOTION TO APPROVE STIPULATION FOR USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION

Debtor, Digging Dirt Site Works LLC Movant, Commercial Credit Group Inc., having moved to this Court to approve a stipulation giving Debtor authority to use certain collateral consisting of equipment used in Debtor's business ("Equipment Collateral"), as described in the Motion. (Dckt. No. 50);

AND the U.S. Trustee having filed a limited objection to stipulated cash collateral order (Dckt. No. 54)

AND, said motion having duly come on to be heard before this Court on the 24th day of March, 2026 and the Court having heard Movant and Debtor in support of said Motion;

AND, the parties having announced a resolution of the U.S. Trustee's objection,

AND, it appearing that the relief requested in the Motion, as amended and agreed to, is in the best interest of all parties concerned.

IT IS HEREBY ORDERED, pursuant to 11 U.S.C. §§361 and 362, that Debtor is hereby granted authority to use the Equipment Collateral for the purpose of operating Debtor's business pursuant to, and in accordance with, the provisions in the Stipulation for Use of Cash Collateral and for Adequate Protection (the "Stipulation") as attached to the motion with the following modification. The Stipulation is hereby approved as agreed to between Debtor and Movant in its entirety except for subpart a. of paragraph 3 (p. 10 of Dckt. No. 50) which shall have the following sentence appended to the end of the paragraph "The post-petition replacement liens shall not attach to causes of action under Chapter 5 of the Bankruptcy Code.".

**[END OF DOCUMENT]**

Prepared by:

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movant
nhuff@cwhllp.com
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

Consented to by:

GUY A. VAN BAALEN, ACTING
UNITED STATES TRUSTEE, REGION 21

/s/ Joel Paschke
Joel Paschke
Attorney for the U.S. Trustee
IL Bar No. 6275662


/s/ Daniel L. Wilder
Daniel L. Wilder
Attorney for Debtor
Ga. Bar No. 141448
544 Mulberry Street, Suite 800
Macon, GA 31201
bkydept@goodmanlaw.org
(478) 745-5415