# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Digging Dirt Site Works, LLC,**
   Debtor.

Case No.:  25–10976–SDB

Judge:  Susan D. Barrett

Chapter:  11

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1)   MOVANT Commercial Credit Group, Inc. shall serve by mail, on or before March 31, 2026, a copy of Order Granting Motion to Approve Stipulation for Use of Cash Collateral and for Adequate Protection (Docket Number 68) to all parties required by the Bankruptcy Code and Rules.

2)   MOVANT Commercial Credit Group, Inc. shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **March 26, 2026**

*B–07 [Rev. 01 /23]* **AKG**