IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE                                                    :    CHAPTER 11
                                                         :
DIGGING DIRT SITE WORKS, LLC,                            :    CASE NO. 25-10976-SDB
                                                         :
    Debtor.                                              :
                                                         :
_____                          :
                                                         :
AMERICREDIT FINANCIAL                                    :
SERVICES, INC. DBA GM                                    :
FINANCIAL,                                               :
                                                         :
    Movant,                                              :    CONTESTED MATTER
                                                         :
v.                                                       :
                                                         :
DIGGING DIRT SITE WORKS, LLC,                            :
Debtor;                                                  :
and JAMES C. OVERSTREET, JR.,                            :
Trustee,                                                 :

    Respondents.

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Americredit Financial Services, Inc. dba GM Financial (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan.  In support of its objection, the Movant shows the Court as follows:

1.

On 12/19/2025, Digging Dirt Site Works, LLC  ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $91,333.99 secured by a 2026 GMC SIERRA (the "Collateral").

3.

Debtor's  plan classifies Movant's claim as a Class 4 secured claim to be paid secured value of  $85,000.00 with 8.75% interest, over a period of 84 equal monthly installments. According to the April 2026 NADA Car Guide, the retail value is $91,760.00, (See the NADA attached as Exhibit "A"). Movant is over secured to value and due full claim amount of $91,333.99

4.

Debtor proposes an interest rate of 8.75%.  The Collateral was purchased just one month prior to filing bankruptcy and *no payments have been made*.  Debtor is attempting to change the terms of the contractual agreement without having made a single payment.  Movant requests contract interest of $15.99%.

5.

Debtor's plan proposes quarterly installments over 84 monthly of $4,091.80. Movant objects to quarterly installments.  Contractual terms were for monthly installment. If Movant is to be paid $91,333.99, with 15.99% interest over 84 months, then *monthly* payments need to be $1,813.56.

6.

Debtor fails to provide Movant with proper lien retention as stated in 11 U.S.C. §1325(a)(5)(B)(i)(I). There is a non filing cosigner on the loan. Movant's lien will not be released at discharge and will only be released when the debt is paid in full under the contract.

7.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6).

Debtor bears the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

8.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.  Movant requests proof of insurance.

9.

The Collateral is depreciating through use and over time and the Debtor is not

adequately protecting Movant's interest in the Collateral in violation of 11 U.S.C. Section 1326(a)(1)(c).  Debtor's plan does not provide for pre-confirmation adequate protection payments. Pre-confirmation adequate protection payments should be $953.00  which is approximately 1% of the Claim amount.


WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This April 6, 2026.


The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Movant


By:___/s/Philip L. Rubin
  Philip L. Rubin
  Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE                                                    :        CHAPTER 11
                                                         :
DIGGING DIRT SITE WORKS, LLC                             :        CASE NO. 25-10976-SDB
                                                         :
    Debtor.                                              :
                                                         :
                                                         :
_____                          :
                                                         :
AMERICREDIT FINANCIAL                                     :
SERVICES, INC. DBA GM                                     :
FINANCIAL,                                                :
                                                         :
    Movant,                                              :        CONTESTED MATTER
                                                         :
v.                                                       :
                                                         :
DIGGING DIRT SITE WORKS, LLC,                             :
Debtor;                                                   :
and JAMES C. OVERSTREET, JR.,                             :
Trustee,                                                  :

    Respondents.

## CERTIFICATE OF SERVICE

       I hereby certify that on April 6, 2026, I electronically filed the foregoing OBJECTION TO CONFIRMATION using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Daniel L Wilder
544 Mulberry Street, Suite 800
Macon, GA 31201

James C. Overstreet, Jr.
Chapter 11 Trustee
1229 Augusta West Parkway
Augusta, GA 30909

       I further certify that on this day I caused a copy of this document to be served via

United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Digging Dirt Site Works, LLC
806 Sentinel Lane
Appling, GA 30802

       Dated: April 6, 2026.

              The Law Office of
              LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
              Attorneys for Movant


              By:  /s/Philip L. Rubin
                Philip L. Rubin
                Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com