# JD POWER

**GM Financial - BK Dept**

4000 Embarcadero
Arlington, TX 76014
8175256233
Phillip.ford@gmfinancial.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2026 GMC Sierra 2500 HD Crew Cab AT4 4WD 6.6L V8 T-Diesel |
| Region: | Southeastern |
| Period: | April 1, 2026 |
| VIN: | 1GT4UPEY2TF148200 |
| Mileage: | 7,500 |
| Base MSRP: | $72,200 |
| Typically Equipped MSRP: | $91,760 |
| Weight: | 0 |



## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | N/A | N/A | N/A | **N/A** |
| Average Trade-In | N/A | N/A | N/A | **N/A** |
| Clean Trade-In | N/A | N/A | N/A | **N/A** |
| | | | | |
| Clean Loan | N/A | N/A | N/A | **N/A** |
| Clean Retail | N/A | N/A | N/A | **N/A** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Adaptive Cruise Control | w/body | w/body |
| Univ Garage Door Opener | w/body | w/body |
| 6.6L V8 Turbo Diesel Engine | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| GMC MultiPro Tailgate | w/body | w/body |
| Power Driver's Seat | w/body | w/body |
| Power Sunroof | w/body | w/body |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power