## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

In re:

Chapter 11

Digging Dirt Site Works LLC

Case No. 25-10976-SDB

Debtor.

_____/

### DECLARATION OF UNCURED DEFAULT

1.    I am Vice President for Collections at Commercial Credit Group, Inc. ("CCG").

2.    Digging Dirt Site Works LLC ("Debtor") defaulted under the Stipulation for Use of Cash Collateral and Adequate Protection (Doc. 50) by failing to make the payments due on February 25, 2026 and March 25, 2026.

3.    CCG sent a notice of default to Debtor's counsel on March 27, 2026. A true copy of the Notice of Default is attached as **Exhibit A** hereto.

4.    Debtor has failed to cure the default.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief based on my personal knowledge of Commercial Credit Group, Inc.'s books and business records.

Dated:  April 15, 2026

Rob Hart
V.P. Collections
Commercial Credit Group Inc.