# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Digging Dirt Site Works, LLC,**<br>　　Debtor. | Case No.:　25–10976–SDB<br><br>Judge:　Susan D. Barrett<br><br>Chapter:　11 |

## NOTICE OF DEFICIENCY

Nathan Huff, served via electronic notice

The pleading or document, Affidavit of Default filed by Commercial Credit Group, Inc., docket 83, which you recently filed in the above captioned case is deficient for the reason(s) indicated:

　　* Certificate of Service omitted or unsigned.


　　*Pleading should be notarized. Please amend.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before April 24, 2026,*** the matter may be stricken, dismissed or denied.

　　　　　　　　　　　　　　　　　　　　***Dana M. Wilson, Clerk***
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　Federal Justice Center
　　　　　　　　　　　　　　　　　　　　600 James Brown Blvd
　　　　　　　　　　　　　　　　　　　　P.O. Box 1487
　　　　　　　　　　　　　　　　　　　　Augusta, GA 30903

Dated: **April 17, 2026**
*B–57[08/25] AKG*