**UNITED STATES BANKRUPTCY COURT**
Southern District of Georgia

FILED - US Bankruptcy Court - AUG
2026 MAY 12 AM11:07

In the matter of:
**Digging Dirt Site Works, LLC**

Case No.: 25-10976-SDB

Judge: Susan D. Barrett

Debtor(s).

Chapter: 11

### SUBCHAPTER V BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

Debtor filed an Amended Plan of Reorganization (the "Plan") (Docket Number 74) dated April 3, 2026 in this case. To vote on the Plan, you must complete and return this ballot to the Court on or before May 14, 2026.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The undersigned

[ ] Holder of _____ shares of _____ stock of the above–named Debtor, represented by Certificate # _____ registered in the name of _____;

[ ] Holder of a secured claim in the amount of $ _____. The collateral for this secured claim is _____.

[X] Creditor of the above–named debtor in the amount of $ _15,281.87_ _Claim 9_

[X] ACCEPTS* [ ] REJECTS*

the Plan of reorganization of the above–named Debtor.

*Core & Main, LP*
Name of Creditor (Please Print)

_____
Signature of Creditor

*Attorney for Creditor*
Title

*126 Texas Ave Bldg 2*
Mailing Address

*San Marcos, TX 78666*
City State Zip Code

ELECTRONICALLY FILE BALLOT
OR RETURN BY MAIL ON OR BEFORE
**5/14/2026**

TO: Chapter 11 Clerk
P.O. Box 1487
Augusta, GA 30903

*NOTE: Federal Rule of Bankruptcy Procedure 3018 specifies that for cause shown and within the time fixed for acceptance or rejection of a plan, the Court, after notice and hearing, may permit a creditor or equity security holder to change or withdraw an acceptance or rejection. Therefore, after the above-designated deadline for filing or returning your ballot by mail to the Court, there can be no change of vote.

11-01subV

Doc#:103   Filed:05/12/26   Entered:05/12/26 11

Cloud & Willis, LLC
P.O. Box 7308
Mobile, Alabama 36670

MOBILE AL  366

7 MAY 2026  AM 1  L

FILED - US Bankruptcy Court - AUG
2026 MAY 12  AM 11:06

Chapter 11 Clerk
PO Box 1487
Augusta, GA 30903

30903-148787