## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

In the matter of:
**Digging Dirt Site Works, LLC**

Case No.: 25-10976-SDB

Judge: Susan D. Barrett

Debtor(s).

Chapter: 11

### SUBCHAPTER V BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

Debtor filed an Amended Plan of Reorganization (the "Plan") (Docket Number 74) dated April 3, 2026 in this case. To vote on the Plan, you must complete and return this ballot to the Court on or before May 14, 2026.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The undersigned

[ ] Holder of _____ shares of _____ stock of the above–named Debtor, represented by Certificate # _____ registered in the name of _____ ;

[X] Holder of a secured claim in the amount of $ 379,672.40 _____ . The collateral for this secured claim is 2021 Caterpillar 740-04GC Articulated Truck, Serial No. 3T800545

[ ] Creditor of the above–named debtor in the amount of $ _____ .

### [ ] ACCEPTS* [X] REJECTS*

the Plan of reorganization of the above–named Debtor.

*ELECTRONICALLY FILE BALLOT*
*OR RETURN BY MAIL ON OR BEFORE*
**5/14/2026**

*TO: Chapter 11 Clerk*
*P.O. Box 1487*
*Augusta, GA 30903*

Caterpillar Financial Services Corporation
_____
*Name of Creditor (Please Print)*

_____
*Signature of Creditor*

Counsel of Record
_____
*Title*

3455 Peachtree Road NE, Suite 1750
_____
*Mailing Address*

Atlanta, Georgia 30326
_____
*City State Zip Code*

*NOTE: Federal Rule of Bankruptcy Procedure 3018 specifies that for cause shown and within the time fixed for acceptance or rejection of a plan, the Court, after notice and hearing, may permit a creditor or equity security holder to change or withdraw an acceptance or rejection. Therefore, after the above-designated deadline for filing or returning your ballot by mail to the Court, there can be no change of vote.*

*11-01subV*