**IT IS ORDERED as set forth below:**



**Date: May 28, 2026**

_____
Susan D. Barrett
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

In re:                         |

DIGGING DIRT SITE WORKS, LLC,     |          Case No. 25-10976-SDB

                        |

         Debtor.             |          Chapter 11 – Subchapter V

## CONSENT ORDER OF DISMISSAL

UPON consideration of the U.S. Trustee's motion to dismiss this case pursuant to 11 U.S.C. § 1112(b), the case file, and the agreement of the parties,

IT IS HEREBY ORDERED that this case is dismissed.

### [END OF DOCUMENT]

Prepared by:                                   Agreed to by:

/s/ *Joel Paschke*                         /s/ *Daniel Wilder*
Attorney for the United States Trustee       Attorney for the Debtor
IL Bar No. 6275662                       GA Bar No. 141448
Office of the U.S. Trustee                Emmett L. Goodman, Jr., LLC
33 Bull Street, Suite 400                544 Mulberry Street, Suite 800
Savannah, GA 31401                  Macon, GA 31201
(912) 652-4112                         (478) 745-5415
Joel.Paschke@usdoj.gov             bkydept@goodmanlaw.org